**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

LORENZO GARCIA,

    Plaintiff,

v.                                           **No.  1:24-cv-01286 KK/KRS**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and RANDY CARNEY,

    Defendants.

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES**

**THIS MATTER** having come before the Court upon Defendant State Farm Insurance Company's Joint Motion to Extend Deadlines (the "Motion"), (Doc. 50), filed on July 30, 2025. Considering the Motion and record of the case, and noting the Motion is unopposed, the Court finding good cause GRANTS the Motion and extends the parties' discovery deadlines as follows: by:

1.  Deadline for Plaintiff's additional experts:    **August 15, 2025**

2.  Deadline for Defendants' experts:    **September 26, 2025**

3.  Termination of Discovery:    **October 31, 2025**

4.  Motions relating to Discovery:    **November 14, 2025**

5.  All other Motions:    **December 12, 2025**

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE