IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LORENZO GARCIA,

    Plaintiff,

v.                                           No. 1:24-cv-01286 KK/KRS

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
and RANDY CARNEY,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND SUPPLEMENTAL DISCOVERY DEADLINE

**THIS MATTER** having come before the Court upon Defendants' Unopposed Motion Granting an Extension of the Deadline to Supplement Discovery Responses Per Court Order (Doc. 73), ("Motion"). The Court having reviewed the Motion and finding good cause exists, hereby GRANTS Defendants' Motion and extends the deadline to supplement discovery responses per Court Order, (Doc. 73), from November 12, 2025, to November 19, 2025.

IT IS SO ORDERED this 12th day of November, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

1